# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 CV 60

| | |
|---|---|
| KENNETH BUCKNER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| FOCUS RECEIVABLES ) | |
| MANAGEMENT, LLC, ) | |
| ) | |
| Defendant ) | |

**THIS MATTER** is before the court on Christopher D. Lane's Application for Admission to Practice *Pro Hac Vice* of Ryan Scott Lee. It appearing that Ryan Scott Lee is a member in good standing with the California Bar and will be appearing with Christopher D. Lane, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Christopher D. Lane's Application for Admission to Practice *Pro Hac Vice* (#10) of Ryan Scott Lee is **GRANTED**, and that Ryan Scott Lee is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Christopher D. Lane.

Signed: June 28, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge