UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

KENNETH BUCKNER

      Plaintiff,

v.

FOCUS RECEIVABLES
MANAGEMENT, LLC

      Defendant.

Case No. 1:11-cv-00060-MR

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, KENNETH BUCKNER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Dated: June 29, 2011

RESPECTFULLY SUBMITTED,

By: __/s/ Christopher D. Lane__
Christopher D. Lane, Esq.
NC Bar ID # 20302
3802-A Clemmons Road
Clemmons, NC 27012
Phone: 336 765-8085
Fax: 336 766-9145
cdllaw@juno.com

1

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I, Nathan Adkins, hereby certify that on June 29, 2011, I served the foregoing on Defendant's counsel of record, including:

**Hedrick Gardner**
**Kincheloe & Garofalo, LLP**
**PO Box 30397**
**Charlotte, NC 28230**

Dated: June 29, 2011

_____
Nathan Adkins
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 861-1390
nadkins@consumerlawcenter.com