# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| KENNETH BUCKNER : | |
| : | Case No. 1:11-cv-00060-MR |
| Plaintiff, : | |
| : | **STIPULATION OF DISMISSAL** |
| v. : | |
| FOCUS RECEIVABLES : | |
| MANAGEMENT, LLC : | |
| Defendant. : | |

**PLEASE TAKE NOTICE** that Plaintiff, KENNETH BUCKNER, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismiss this action with prejudice.

**KROHN & MOSS, LTD.**

Dated: July 25, 2011

By: /s/ Christopher D. Lane
Christopher D. Lane
3333 Brookview Hills Blvd Ste 206
Winston-Salem, North Carolina 27103
Tel: 336-760-1541
cdllaw@juno.com
NC SBN 20302
Attorneys for Plaintiff

Of Counsel
Krohn & Moss Ltd.
10474 Santa Monica Blvd Ste. 401
Los Angeles, CA 90025

Dated: July 25, 2011                     **HEDRICK GARDNER KINCHELVE &**

                                                  **GAROFALO, LLP**

                                                  By:__/s/ Jon S. Player_____
                                                  Jon S. Player
                                                  Attorney for Defendant
                                                  NC State Bar No. 36997
                                                  P.O. Box 30397
                                                  Charlotte, NC 28230
                                                  Phone: (704) 366-1101
                                                  jplayer@hedrickgardner.com


## **CERTIFICATE OF SERVICE**

      I, Christopher D Lane, certify that a true and correct copy of the foregoing was served electronically via CM/ECF upon all counsel of record, including the following:

Jon S. Player
Attorney for Defendant
NC State Bar No. 36997
P.O. Box 30397
Charlotte, NC 28230
Phone: (704) 366-1101
jplayer@hedrickgardner.com


Dated: July 25, 2011                                    By: /s/ Christopher D. Lane
                                                                                   Christopher D. Lane
                                                                                   Attorney for Plaintiff